

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|                    |     |                             |
|--------------------|-----|-----------------------------|
|                    | §   |                             |
| Ashley Ramirez,    | §   | No. 08-17-00122-CR          |
| Appellant,         | §   | Appeal from the             |
| v.                 | §   | 205th District Court        |
| The State of Texas,| §   | of El Paso County, Texas    |
| State.             | §   | (TC# 20160D01471)           |
|                    | §   |                             |

**O R D E R**

The Appellant's brief in the above styled and numbered cause was due January 19, 2018 after the Court granted five motions for extension of time to file the brief. On January 19, 2018, Mr. Morales, Counsel for Appellant has filed a sixth motion for extension of time to file the brief. Before this Court can act on this motion it will be necessary for the trial court to conduct a hearing.

It is therefore ORDERED that the trial judge conduct a hearing to determine whether appellant desires to prosecute his appeal, whether the appellant has been deprived of effective assistance of counsel, and to make appropriate findings and recommendations. The trial judge shall take such measures as may be necessary to assure effective assistance of counsel, which may include appointment of new counsel. The record of such hearing, including any orders and findings of the trial judge, shall be certified and forwarded to this office on or before February 21, 2018.

IT IS SO ORDERED this 22nd day of January, 2018.


PER CURIAM


Before McClure, C.J., Rodriguez and Palafox, JJ.